IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NATHAN HUGHES,
ADC #552292                                                                                   PLAINTIFF

v.                              CASE NO. 5:14CV000404 BSM

CORIZON MEDICAL SERVICES, INC., et al.                              DEFENDANTS

## ORDER

The proposed partial recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney has been received. No objections have been filed. After careful review of the partial recommended disposition, it is concluded that it should be, and hereby is, approved and adopted in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's disciplinary allegations and defendants Frazier and Naylor are dismissed without prejudice.

2. Defendant Corizon is dismissed without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 24th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE