**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

NATHAN HUGHES                                                      PLAINTIFF

v.                          5:14CV00404-BSM-JTK

CORIZON MEDICAL SERVICES, INC., et al.                   DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**
**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is

1

granted) was not offered at the hearing before the Magistrate Judge.

3.   The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

This matter is before the Court on Defendants' Joint Motion to Dismiss, based on Plaintiff's failure to prosecute (Doc. No. 40).

In support of their Motion, Defendants state Plaintiff has not communicated with the Court since February 10, 2015 (Doc. No. 36), and failed to appear at the deposition scheduled for June 23, 2015 (Doc. No. 40-1).[1]

This Court directed Plaintiff to respond to the Motion on July 17, 2015, and warned him that failure to respond within ten days could result in the dismissal without prejudice of this lawsuit, for failure to prosecute (Doc. No. 43).  As of this date, Plaintiff has not

---

[1] Defendants notified the Plaintiff of the deposition on May 29, 2015 (Doc. No. 40-1, p. 9).

responded to the Motion.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiff's failure to respond to Defendants' Motion to Dismiss, or to comply with this Court's July 17, 2015 Order directing a response to the Motion, the Court finds that Plaintiff's Complaint should be dismissed without prejudice. Accordingly,

IT IS, THEREFORE, RECOMMENDED that Defendants' Joint Motion to Dismiss (Doc. No. 40) be GRANTED, and Plaintiff's Complaint be DISMISSED without prejudice.

IT IS SO RECOMMENDED this 30th day of July, 2015.

_____
BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE