**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**NATHAN HUGHES**                                                                                **PLAINTIFF**

**v.**                                            **CASE NO. 5:14CV00404 BSM**

**CORIZON MEDICAL SERVICES, INC., et al.**                              **DEFENDANTS**

<u>**ORDER**</u>

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed.  No objections have been filed. After careful consideration, the proposed findings and recommended disposition are hereby adopted in all respects.

IT IS THEREFORE ORDERED that Defendants' joint motion to dismiss [Doc. No. 40] is granted, and Plaintiff Nathan Hughes's complaint [Doc. No. 2] is dismissed without prejudice.

DATED this 25th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE